Desahucio. Resuelto en abril 10, 1923. Vista la moción de desistimiento de apelación presentada por el apelante, se deja sin efecto el señalamiento de la moción de la apelada sobre desestimación y se tiene por desistido a dicho apelante.

No. 2048. EL PUEBLO, APELADO, v. SOTOMAYOR, APELANTE. — Corte de Distrito de Arecibo. Asesinato en segundo grado. Resuelto en abril 12, 1923. No existiendo pliego de excepciones ni exposición del caso, sin que el acusado haya tampoco radicado alegato alguno, y no apareciendo de los autos que se haya cometido error fundamental, se confirma la sentencia.

Nos. 2027 y 2028. EL PUEBLO, APELADO, v. TURULL, APELANTE.—EL PUEBLO, APELADO, v. VÁZQUEZ, APELANTE.—Corte de Distrito de San Juan, Primer Distrito. Resueltos en abril 13, 1923. No habiendo el apelante en estos casos radicado alegato, el tribunal, resuelve en corte abierta desestimar la apelación.

No. 2646. ORTIZ, APELANTE, v. MARI, APELADO.—Corte de Distrito de Mayagüez. Resuelto en abril 13, 1923. Examinada la transcripción de autos y los alegatos y estimando que las cuestiones envueltas en este caso son más o menos semejantes a las ya resueltas por esta corte en el caso No. 2635 de *Ortiz* v. *Mari,* de febrero 12, 1923, y que la corte inferior no abusó de su discreción al denegar la moción de nuevo juicio, y por los fundamentos del caso antes mencionado, se confirma la sentencia.